# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH M. CLAXTON,

    Movant,

v.                                           CASE NO: 07-x-50268-DT

SOCIAL SECURITY ADMINISTRATION

    Respondent
                                      /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on December 17, 2007, recommending that the Movant's three motions to quash subpoenas and his motion for order be denied and that Respondent's motion for summary enforcement be granted. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Movant's three Motions to quash subpoena's [Docket #1, #2 and #3] and his motion for order {Docket #6} be **DENIED**

IT IS FURTHER ORDERED that Respondent's Motion for Summary Enforcement is **GRANTED.**

IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 15, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522